PD-0821-15

# No. 02-13-00483-CR

---

IN THE
SUPREME COURT OF TEXAS

---

Leroy McDonald
*Petitioner,*

V.

The State of Texas
*Respondent.*

---

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR REVIEW**

---

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

TO THE HONORABLE SUPREME COURT OF TEXAS:

Petitioner files this First Motion for Extension of Time to File Petition for Review under Tex. R. App. P. 10.1, 10.5(b), and 53.7(f). In support of this motion, Petitioner shows the following:

1. The Court of Appeals for the 297th district in Fort Worth rendered its opinion and judgment in Leroy McDonald vs The State of Texas, No. 02-13-00483, on May 14, 2015. The petition for review is due no later than Monday, June 15, 2015

2. Petitioner requests an extension of time of thirty days, to July 30, 2015. This is Petitioner's first request for an extension of time in this case.

3. Petitioner relies on the following facts as a reasonable explanation for the requested extension of time. Pro Se petitioner, Leroy McDonald, in addition to

preparing a petition for review in this case Petitioner must also devote time to the following additional matters:

Pro Se Petitioner, Leroy McDonald has had no use of the Law Library facilities at Tarrant County Green Bay Jail, is indigent and has no council representation to argue constitutional violations and exculpatory evidence withheld in this matter.

Therefore, Petitioner prays that this Court grant this motion for extension of time.

Respectfully submitted,

Leroy McDonald
Pro Se Petitioner